UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

        v.        Case No. 06-cr-117-01-SM

Steven Huard

O R D E R

Defendant Huard's motion to continue the final pretrial conference and trial is granted (document 22). Trial has been rescheduled for the October 2006 trial period. Defendant Huard shall file a waiver of speedy trial rights not later than August 3, 2006. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:** September 25, 2006 at 2:30 p.m.

**Jury Selection**: October 3, 2006 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

July 26, 2006

cc:    Thomas McCue, Esq.
        Terry Ollila, AUSA
        US Probation
        US Marshal